

# IN THE
# TENTH COURT OF APPEALS

### No. 10-10-00018-CV

## IN THE MATTER OF THE MARRIAGE OF
## MAUREEN A.N. ANDERSON AND DENNIS W. ANDERSON,

### From the 413th District Court
### Johnson County, Texas
### Trial Court No. D200906005

## MEMORANDUM OPINION

By letter dated February 1, 2010, the Clerk of this Court notified Appellant Dennis William Anderson that the clerk's record in the above cause had apparently not been filed because Appellant had failed to pay or make arrangements to pay the clerk's fee for preparation of the record. Appellant was further notified that if he desired to proceed with this appeal, he must pay or make arrangements to pay the clerk's fee and notify this Court of the actions taken within 21 days after the date of this letter. Appellant was warned that if he failed to do so, this appeal may be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

More than 21 days have passed, and we have not been notified that Appellant

has paid or made arrangements to pay the clerk's fee.  Accordingly, this appeal is dismissed for want of prosecution.  *See* TEX. R. APP. P. 37.3(b); 42.3(b).


REX D. DAVIS
Justice


Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Dismissed
Opinion delivered and filed March 24, 2010
[CV06]